FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JUN -5 P 12: 09

LORETTA G. WHYTE
CLERK

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Virgil Lorenzo Smith
(Enter above the full name of the plaintiff in this action.)

CIVIL ACTION
02-1658
SECT. A MAG. 4

SECTION _____

versus

City And Parish
of St. Tammany
Covington, LA
(Enter above the full name of the defendant or defendants in this action.)

Jury Trial Demanded

**COMPLAINT**

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )   NO (✓)

Fee Pauper
Process dg
X Dktd dg
CtRmDep
Doc No 1

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

   Plaintiffs _____

   _____

   Defendants _____

   _____

2. Court (If federal court, name of the district court; if state court, name the parish.)

   _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

   _____

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )   No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____

_____

_____

II. Place of Present Confinement: _St Tammany Parish JSO_

A. Is there a prisoner grievance procedure in this institution?
Yes (✓)   No ( )

2

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is YES,

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? "No" Because I've never Received a Response to the complaints and the grievance is only one sheet

D. If your answer is NO, explain why you have not done so: No can't never get response

## III. Parties

(In item A below, place your name in the first blank, your present address in the second blank and your date of birth in the third blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Virgil Lorenzo Smith
   Address  I so. L, Side P.o. Box 908 Covington, LA., 70434
   Date of Birth  12/24/60
   Prisoner Number  (68086)
   Date of Arrest  3/10/01 Came to the Jail
   Date of Conviction  Pre-Trial inmate

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B. Defendant  Rodney Jack Strain Jr. is employed as  Sheriff of the St Tammany Parish at Jail Covington, LA., 70434

C. Additional Defendants  full Name of below is no known, Captain Longino, Warden Peachey, ▓▓▓ Captain Jenkins, Cord is Deputy Chief, And Deputy Sid. All of the above is also employed at the St Tammany Parish Jail in Covington, LA., 70434

3

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

On 3/10/02 I was put into Isolation with a Reason, And when I asked Deputy J. Sanditer that put me in there — He said that it was orders from sheriff strain to segregate me. So one day I asked the warden (Peachey) why can not I go out, And he said: I'm never going out ... When I sent to captain longino about this he said that I can go out, But when I did it was about once every

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

For Compensatory Damages $80,000.00 Against the City And Parish of Covington $50,000.00 Against Defendant Warden Peachey, $50,000.00 Against Defendant Sheriff Jack Strain Jr., $50,000.00 Against Defendant Deputy Cheif Core, $50,000.00 Against Defendant Captain longino, $50,000.00 Against Defendant Captain Jenkin, And $50,000.00 Against Defendant Deputy Sid, For Punitive Damages And Compensatory Damages. I, Virgil Smith (Plaintiff) Ask that the above named Defendant Not Seek Repercussion Against me for this action.

4

Love Month (the Lieutenant show this)
I've also talked to Captain Cord, about Deputy Sid not putting me out, and Captain Cord said that he'll get me out but never did... As for Deputy Sid, he said that he run the yard, And he's not going to put me out, as from what I can see it have been Fourteen months and only been out (3) maybe (4) times...

Today at about 11:00 P.M. I was taken to Juvanile holding where three inmate was, and still is for protective custody reason's, one of them came with me, (Roy Owens, he is in Iso. in the old jail with me, but on the right-side / I'm on the L. side. — The other two P.C., is Edmund M. Scheidel, And Chris Davis, There is also James Skinner that is not under P.C., but live in with Chris, And Edmund.

As you can see every inmate here is so call Isolation /or should've been for one or the other Reason's (Protective custody or a threat to Security). And all the above Isolation inmates go on the yard / but me! Am I a Security threat, or is it some other reason. For the Record's none of the above was going out until I, said to the warden what he was doing was not right. All the above inmates was in there with me on

this day of 5/16/02 on Lieutenant Lee staff. This same day was a shakedown of my cell at about 10:00pm. by three Deputy. Now because I can not get — to the yard it's been making me sick. My Physical and mental health is being indangered. I need sunlight, and exercise and most of all clean air, that is not in this Isolation hole, that is not big enough to exercise in.

If I'm a threat, why put me in the cell with inmates under protective custody, when it is clear that I'm to be segregated from all other inmates?

I've not my forma pauperis with this is because Deputy Paula Smith wouldn't send them back to me with the five copys of 42.U.S.C. 1983, and today is 5/17/02, and Paula Smith had my forma pauperis (11.days) now.

So I'm asking the court to except this with my receipt to show what I got this year.

If not can you make Paula give me what I paid for. I would also like to make payments of $20.00 a month, it it is ok. with the court.

Need your help in this matter.

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this _MARCH_ day of ___2 4___, 19_2002_.

_____
(Signature of Plaintiff)

9/97

5

Virgil Smith
Old Jail, Isolation
P.O. Box 908
Covington, LA., 70434

To Whom it may concern:

My name is Virgil Smith, and have been in this Jail (St Tammany Parish Jail), for fourteen months.

I'm a Pre-trial inmate, and have been from the time I got here on 3/10/01.

I was put into Isolation without a reason, and was told that I wouldn't see the sun.

So now I'm seeking to put litigation under federal Rules of Civil Procedure, But upon paying Paula Smith for five copys of the (42. USC. 1983) on 5/6/02 and my forma paupers, and the 6 months statement I've reques have been over three week.

It is clear that the people of this Jail is trying to stop action on this jail, because of constitutional chims made in my (1983).

(1.)

FORM To Be used by a prisoner in filing a complaint under the Civil Rights Act, 42 U.S.C. § 1983

United States District Court
Eastern District of Louisiana

Vresil Lorenzo Smith                                    CIVIL Action
(Enter above the full name
of the plaintiff in this action.)

                                                        NO.

                        versus

City and Parish of                                      Section
Covington, LA.,

                                                        Jury Trial
(Enter above the full name                              Demanded
of the defendant or defen-
dants in this action.)


                        COMPLAINT

I. Previous Lawsuits

   A. Have you begun other lawsuits in state
   or federal court dealing with the same fact involved
   in this action or otherwise relating to your imp-
   risonment? Yes( ) No( )

   B. If your answer to A is yes, describe
   the lawsuit in the space below. (If there is more
   then one lawsuit, describe the additional lawsuits
   on another piece of paper, using the same outline.)

   1. Parties to the previous lawsuit
      Plaintiffs

      Defendants

   2. Court (If federal court, name of the dis-
      trict court; if state court, name the Parish.)

   3. Docket Number
   4. Name of judge to whom case was assigned

- 2 -

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court? Yes ( )  No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____
_____
_____
_____

II. Place of Present Confinement St Tammany Parish Jail Isolation

A. Is there a prisoner grievance porcedure in this institution? Yes (✓)  No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓)  No ( )

C. If your answer is Yes,

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. "No" because I've never received a response to the complaints and the grievance is only one sheet

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? No, can not, never get response

D. If your answer is NO, explain why you have not done so: <u>SAME AS ABOVE:</u> <u>Never got a response</u>

-3-

III. Parties

(In item A below, place your name in the first blank, your present address in the second blank and your date of birth in the third blank. Do the same for Additional plaintiff, if any.)

A. Name of Plaintiff <u>Virgil Lorenzo Smith</u>
Address <u>Old Jail Isolation P.O. Box 908 Covington, LA. 70434</u>
Date of Birth <u>12/24/60</u>
Prisoner Number <u>68086</u>
Date of Arrest <u>March 10th 2001 came to the Jail</u>
Date of conviction <u>Pre-Trial inmate</u>

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants.)

B. Defendant <u>Rodney Jack Strain Jr.</u> is employed as <u>Sheriff of the St Tammany</u> at <u>Parish Jail Covington, LA., 70434</u>

C. Additional Defendants <u>Defendent's full name is not known below: Warden Peachey, Captain Longino, Captain Cord, Deputy Sid. All of the above is also employed at the St Tammany Parish Jail in Covington, LA., 70434</u>

IV. Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Do not give any legal arguments or cite any case or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.

Use as much space as you need. Attach extra sheet if necessary.)

On 3/10/01 I was put into Isolation with a reason, and when I asked the officer that put me in here — He said that it was orders from Sheriff Strain to segregate me. So one day I asked the warden (Peachey) why can not I go out, and he said: I'm never going out. ~~When I sent to Captain Longino about this he said that I go out but when I did it was about once every four months (the log book could show this) I've also talked to captain Card, about Deputy Sid not putting me out, and Captain Card said that he'll get me out but never did... As for Deputy Sid, he said that he run the yard, and he's not going to put me out, as from what I can see it have been Fourteen months and only been out (3) maybe (4) times...~~

Today at about 11:00 P.M. I was taken to Juvenile holding where three inmate was, and still is for protective custody reason's, one of them came with me, (Roy Owens, he is in Iso. in the old jail with me, but on the right side, I'm on the L. side. The other two P.C., is Edmund M. Scheidel, and Chris Davis. There is also James Skinner that is not under P.C., but live in with Chris, and Edmund.

As you can see every inmate here is so call Isolation, or should've been for one or the other Reason's (Protective custody or a threat to Security). And all the above Isolation inmates go on the yard, but me! Am I a security threat, ~~or is it~~ or is it some other reason. For the record None of the above was going out until I, said to the warden what he was doing was not right. All the above inmates was in there with me on

(2.)

this day of 5/16/02 on Lieutenant Lee staff. This same day was a shakedown of my cell at about 10:00pm. by three Deputy. Now because I can not get — to the yard it's been making me sick. My physical and mental health is being indangered. I need sunlight, and exercise and most of all clean air, that is not in this Isolation hole, that is not big enough to exercise in.

If I'm a threat, why put me in the cell with inmates under protective custody, when it is clear that I'm to be segregated from all other inmates?

I've not my forma pauperis with this is because Deputy Paula Smith wouldn't send them back to me with the five copys of 42. U.S.C. 1983, and today is 5/17/02, and Paula Smith had my forma pauperis (11. days) now.

So I'm asking the court to except this with my receipt to show what I got this year.

If not can you make Paula give me what I paid for. I would also like to make payment's of $20.00 a month, if it is o.k. with the court.

Need your help in this matter.

J 240 (1 94)

# United States District Court

DISTRICT OF ⎯⎯⎯⎯⎯⎯

Virgil Lorenzo Smith

Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

City And Parish of Covington, LA.,

Defendant

CASE NUMBER:

I, __Virgil Smith__ declare that I am the (check appropriate)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☒ Yes   ☐ No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __St. Tammany Parish Jail Isolation__

   Are you employed at the institution? __N/O__   Do you receive any payment from the institution? __No__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the tion(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No.

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and name and address of your employer. __12/1/02 $360 week. San Belt Plastic in Slidell. Name And Address, of employer is unknown.__

   b. If the answer is "No" state the date of your last employment, the amount of your take-home wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or workers compensation payments   ☐ Yes   ☒ No
   e. Gifts or inheritances   ☐ Yes   ☒ No
   f. Any other sources   ☒ Yes   ☐ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount rece what you expect you will continue to receive. __From A Friend About $40 A Month__

## STATEMENT OF ACCOUNT
(Certified Institutional Equivalent)

I hereby certify that this inmate, __Virgil Lorenzo Smith__ has a present
(print name)

inmate account balance of $__31.26__ at the __St. Tammany Parish Jail__ institution.

I further certify that the average monthly deposits for the preceding six months is

$__17.67__ *(the average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is to be divided by six).*

I further certify that the average monthly balance for the prior six months is $__1.82__ *(the average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).*

__5/28/02__
Date Certified

__[signature]__
Authorized Officer of Institution

6/96

Dear Miss. Whyte;

As you know, I've been haven a lot of problems with this jail and getting my paper work out to the court.

1. I received your letter on the 5/20/02, and I sent the pauper, to Paula Smith, and here it is 5/24/02 and I still have not got it back.

2. I've tryed to get copys made of this new 1983 that you sent me to have filled / And I can't have it filled without the pauper — so I ask that the court make the jail take and send $20.00 monthly for the filing fee of $150.00.

3. I would also pay for what ever it would be to have a copy made for what ever reason — As well as haveing a copy sent back to me. Inside is a stamp envelope for my copy. I pray that you understand my situation and have this filled.

Thank you
Virgil Smith

5/24/02